# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Vladimir Chichilo, | Case No. 25-10992-djb |
| --- | --- |
| *Debtor*. | Chapter 13 |

## Order Redacting Document

**AND NOW**, upon consideration of the Motion to Redact Document filed by Debtor Vladimir Chichilo, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk is directed to promptly:

   a. Restrict public access to the document filed at ECF No. 13.

   b. Docket the redacted document attached to the Motion.

Date:

**Date: June 4, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge